**LODGED**

JUN - 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FILED

2005 JUN -6  P 1: 38

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
A_____
BY_____
     DEPUTY

1  WILLIAM FEARNSIDE, #098376
   Attorney at Law
2  5588 North Palm Avenue, Suite I-2
   Fresno, California  93704
3  Telephone  (559) 264-5867 & 436-4888
   Fax No. (559) 650-5590
4
   Attorney for Defendant
5  RAFAEL BRAVO CISNEROS

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:05 CR 00048 REC |
| | ) | |
| Plaintiff, | ) | SUBSTITUTION OF ATTORNEY |
| | ) | |
| v. | ) | |
| | ) | |
| RAFAEL BRAVO CISNEROS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

William Fearnside, Attorney at Law, is hereby substituted as attorney for the defendant in place and instead of his former attorney.

Dated: April 30, 2005

_Rafael Cisneros_
Rafael Bravo Cisneros, Defendant

I consent to the above substitution.

Dated: ~~April~~ MAY 24, 2005

_[signature]_
STEPHEN MENSEL, ATTORNEY AT LAW

I consent to the above substitution.

Dated: April 30, 2005

_[signature]_
WILLIAM FEARNSIDE, Attorney at Law

-1-

**ORDER**

The foregoing Substitution of Attorney is HEREBY APPROVED.

Dated: June 6, 2005

Honorable Judge Robert E. Coyle
United States District Judge

-2-